No. 25-3889

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**CITY AND COUNTY OF SAN FRANCISCO,** *et al.*,

Plaintiffs - Appellees,

v.

**DONALD J. TRUMP, President of the United States,** *et al.*,

Defendants - Appellants.

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## IMMIGRATION REFORM LAW INSTITUTE'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS

JONATHON P. HAUENSCHILD
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: (202) 232-5590
jhauenschild@irli.org

Attorney for *Amicus Curiae* Immigration Reform Law Institute

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae* Immigration Reform Law Institute makes the following disclosures:

1) For non-governmental corporate parties please list all parent corporations: None.

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock: None.

DATED: July 28, 2025                    Respectfully submitted,

                                         /s/ Jonathon P. Hauenschild

1

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

Pursuant to Fed. R. App. Proc. 27 and 29(a) and Ninth Cir. R. 29-3, the Immigration Reform Law Institute (IRLI) respectfully seeks this Court's leave the file the attached *amicus curiae* brief in support of Defendants-Appellants. In support of this motion, IRLI requested consent to file from all parties on or about July 23, 2025. Some parties, notably the Defendants-Appellants, and two Plaintiff-Appellees (San Diego and New Haven) provided consent. The remaining appellees never responded to IRLI's request for consent, thus necessitating this motion for leave to file. Notably, no party indicated that they would oppose IRLI's filing of an *amicus* brief.

IRLI is a non-profit 501(c)(3) public interest law firm dedicated to litigating immigration-related cases on behalf of, and in the interests of, United States citizens, and also to assisting courts in understanding and accurately applying federal immigration law. IRLI has litigated or filed *amicus curiae* briefs in a wide variety of cases, including *Trump v. Hawaii*, 585 U.S. 667 (2018); *United States v. Texas*, 599 U.S. 670 (2023); *Ariz. Dream Act Coalition v. Brewer*, 855 F.3d 957 (9th Cir. 2017); *Wash. All. Tech Workers v. U.S. Dep't of Homeland Sec.*, 50 F.4th 164 (D.C. Cir. 2022); and *Matter of Silva-Trevino*, 26 I. & N. Dec. 826 (B.I.A. 2016).

The proposed *amicus* brief is submitted as an exhibit accompanying this motion and addresses the following arguments:

- Whether the Plaintiffs have a property interest in future grants sufficient to raise a Due Process claim under the Fifth Amendment;

- Whether States delegated their immigration and naturalization authorities to the federal government when ratifying the Constitution;

- Whether the Plaintiffs possess rights under the Tenth Amendment and are the proper parties to bring such claims; and

- Whether the Plaintiffs' claims are preempted under the Supremacy Clause of the Tenth Amendment

*Amicus* believes that this brief will be of assistance to this Court when decided whether to vacate the District Court's preliminary injunction.

WHEREFORE, Immigration Reform Law Institute respectfully requests leave to file the attached *amicus curiae* brief in support of Defendants-Appellants.

DATED: July 28, 2025          Respectfully submitted,

/s/ Jonathon P. Hauenschild
Jonathon P. Hauenschild

Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: (202) 232-5590

Attorneys for *Amicus Curiae*

3

## CERTIFICATE OF COMPLIANCE

1.     The foregoing brief complies with the type-volume limitation of Fed. Fed. R. App. P. 29(a)(5) because:

This brief contains 347 words, including footnotes, but excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2.     This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

This brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

DATED: July 28, 2025                             Respectfully submitted,

                                                 /s/ Jonathon P. Hauenschild

## CERTIFICATE OF SERVICE

I certify that on July 28, 2025, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system. All parties were served electronically through the ACMS system.

/s/ Jonathon P. Hauenschild