No. 25-3889

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CITY AND COUNTY OF SAN FRANCISCO, et al.,

*Plaintiffs-Appellees*

v.

DONALD J. TRUMP, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of California
No. 25-cv-01350
Hon. William H. Orrick

**PLAINTIFFS-APPELLEES' NOTICE OF NON-OPPOSITION TO IMMIGRATION REFORM LAW INSTITUTE'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

| | |
|---|---|
| DAVID CHIU, SBN 189542 | TONY LOPRESTI, SBN 289269 |
| City Attorney | County Counsel |
| YVONNE R. MERÉ, SBN 173594 | KAVITA NARAYAN, SBN 264191 |
| Chief Deputy City Attorney | Chief Assistant County Counsel |
| MOLLIE M. LEE, SBN 251404 | MEREDITH A. JOHNSON, SBN 291018 |
| Chief of Strategic Advocacy | Lead Deputy County Counsel |
| SARA J. EISENBERG, SBN 269303 | STEFANIE L. WILSON, SBN 314899 |
| Chief of Complex and Affirmative Litigation | RAJIV NARAYAN, SBN 334511 |
| NANCY E. HARRIS, SBN 197042 | Deputy County Counsels |
| KARUN A. TILAK, SBN 323939 | BILL NGUYEN, SBN 333671 |
| Deputy City Attorneys | Litigation Fellow |

| | |
|---|---|
| Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>(415) 554-3308<br>Karun.Tilak@sfcityatty.org | 70 W. Hedding Street<br>East Wing, 9th Floor<br>San José, CA 95110<br>(408) 299-5900<br>Tony.Lopresti@cco.sccgov.org |
| *Attorneys for Plaintiff-Appellee*<br>CITY AND COUNTY OF SAN FRANCISCO | *Attorneys for Plaintiff-Appellee*<br>COUNTY OF SANTA CLARA |
| *[Additional counsel listed in signature block]* | |

Pursuant to Federal Rule of Appellate Procedure 29(a), Plaintiffs-Appellees hereby consent to the Immigration Reform law Institute's proposed *amicus curiae* brief in support of Defendants-Appellants.

Dated: July 31, 2025

Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
CHIEF OF STRATEGIC ADVOCACY
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS
KARUN A. TILAK
Deputy City Attorneys

By: */s/ Karun A. Tilak*
KARUN A. TILAK
Deputy City Attorney

Attorneys for Plaintiff-Appellee
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
STEFANIE L. WILSON
RAJIV NARAYAN
Deputy County Counsels
BILL NGUYEN
Litigation Fellow

By: */s/ Bill Nguyen*
BILL NGUYEN
Litigation Fellow

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

                ROBERT TAYLOR
                City Attorney

By:   /s/ *Naomi Sheffield*
       NAOMI SHEFFIELD
       Chief Deputy City Attorney
       1221 SW Fourth Avenue, Room 430
       Portland, OR 97204
       (503) 823-4047
       Naomi.Sheffield@portlandoregon.gov

       Attorneys for Plaintiff-Appellee City of Portland

       SHANNON BRADDOCK
       King County Executive

By:   /s/ *David J. Hackett*
       DAVID J. HACKETT
       General Counsel to King County Executive
       Chinook Building
       401 5th Avenue, Suite 800
       Seattle, WA 98104
       David.hackett@kingcounty.gov

       PAUL J. LAWRENCE
       Pacifica Law Group
       1191 2nd Avenue, Suite 2000
       Seattle, WA 98101-3404
       (206) 245-1708
       Paul.Lawrence@pacificalawgroup.com

       Attorneys for Plaintiff-Appellee
       MARTIN LUTHER KING, JR. COUNTY

       PATRICIA KING
       Corporation Counsel

By:   /s/ *Patricia King*
       PATRICIA KING

       Office of the Corporation Counsel
       165 Church Street-4th Floor
       New Haven, CT 06510
       (203) 946-7951
       Pking@newhavenct.gov

       Attorneys for Plaintiff-Appellee
       CITY OF NEW HAVEN

        RYAN RICHARDSON
City Attorney
MARIA BEE
Chief Assistant City Attorney
JAMIE HULING DELAYE
Supervising City Attorney
H. LUKE EDWARDS
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
(510) 238-6629
RRichardson@OaklandCityAttorney.org

By: */s/ RYAN RICHARDSON*
RYAN RICHARDSON
City Attorney

Attorneys for Plaintiff-Appellee
CITY OF OAKLAND

JOHN I. KENNEDY
City Attorney

By: */s/ JOHN I. KENNEDY*
JOHN I. KENNEDY
City Attorney
333 Park Ave
Emeryville, CA 94608-3517
(510) 596-4381
John.Kennedy@emeryville.org

Attorney for Plaintiff-Appellee
CITY OF EMERYVILLE

NORA FRIMANN
City Attorney

By: */s/ ELISA TOLENTINO*
ELISA TOLENTINO
Chief Deputy City Attorney
200 E Santa Clara St
San José, CA 95113-1905
(408) 535-1900
cao.main@sanjoseca.gov

Attorneys for Plaintiff-Appellee
CITY OF SAN JOSÉ

                HEATHER FERBERT
                City Attorney

By:    */s/ Mark Ankcorn*
                MARK ANKCORN
                Senior Chief Deputy City Attorney
                JULIE RAU
                Deputy City Attorney
                1200 Third Avenue, Suite 1100
                San Diego, CA 92101-4100
                (619) 533-5800
                mankcorn@sandiego.gov

                Attorneys for Plaintiff-Appellee
                CITY OF SAN DIEGO


                SUSANA ALCALA WOOD
                City Attorney

By:    */s/ Andrea Velasquez*
                ANDREA VELASQUEZ
                Supervising Deputy City Attorney
                915 I St, Fl 4
                Sacramento, CA 95814-2621
                (916) 808-5346
                AVelasquez@cityofsacramento.org

                Attorneys for Plaintiff-Appellee
                CITY OF SACRAMENTO


                ANTHONY P. CONDOTTI
                City Attorney

By:    */s/ Anthony P. Condotti*
                ANTHONY P. CONDOTTI
                City Attorney
                CATHERINE M. BRONSON
                Senior Chief Deputy City Attorney
                CLAIRE HARD
                Deputy City Attorney
                PO Box 481
                Santa Cruz, CA 95061
                (831) 423-8383
                Tcondotti@abc-law.com
                Cbronson@abc-law.com
                Chard@abc-law.com

                Attorneys for Plaintiff-Appellee
                CITY OF SANTA CRUZ

SUSAN K. BLITCH
County Counsel

By: /s/ *Henry Bluestone Smith*
HENRY BLUESTONE SMITH
Deputy County Counsel
168 W Alisal St, Fl 3
Salinas, CA 93901-2439
(831) 755-5045
SmithHB@countyofmonterey.gov

Attorneys for Plaintiff-Appellee
COUNTY OF MONTEREY


ANN DAVISON
City Attorney

By: /s/ *Ann Davison*
ANN DAVISON
City Attorney
KERALA COWART
DALLAS LEPIERRE
REBECCA WIDEN
Assistant City Attorneys
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200
Ann.Davison@seattle.gov

Attorneys for Plaintiff-Appellee
CITY OF SEATTLE


KRISTYN ANDERSON
City Attorney

By: /s/ *Kristyn Anderson*
KRISTYN ANDERSON
City Attorney
SARA J. LATHROP
SHARDA ENSLIN
Assistant City Attorneys
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3000
Kristyn.Anderson@minneapolismn.gov
Sara.Lathrop@minneapolismn.gov
Sharda.Enslin@minneapolismn.gov

Attorneys for Plaintiff-Appellee
CITY OF MINNEAPOLIS

                    LYNDSEY OLSON
                    City Attorney

By:   */s/ LYNDSEY OLSON*
       LYNDSEY OLSON
       City Attorney
       ANTHONY G. EDWARDS
       Assistant City Attorney
       400 City Hall and Courthouse
       15 Kellogg Boulevard West
       Saint Paul, MN 55102
       (651) 266-8710
       Anthony.Edwards@ci.stpaul.mn.us

       Attorneys for Plaintiffs-Appellees
       CITY OF SAINT PAUL


       ERIN K. McSHERRY
       City Attorney

By:   */s/ ERIN K. MCSHERRY*
       ERIN K. McSHERRY
       City Attorney
       200 Lincoln Avenue
       Post Office Box 909
       Santa Fe, NM 87504-0909
       (505) 955-6512
       ekmcsherry@santafenm.gov

       Attorney for Plaintiff-Appellee
       CITY OF SANTA FE

By:   */s/ NAOMI TSU*
       NAOMI TSU
       JILL HABIG
       Public Rights Project
       490 43rd Street, Unit #115
       Oakland, CA 94609
       (510) 738-6788
       Naomi@publicrightsproject.org
       Jill@publicrightsproject.org

       Attorneys for Plaintiffs-Appellees
       CITIES OF MINNEAPOLIS, NEW
       HAVEN, PORTLAND, ST. PAUL, SANTA
       FE, and SEATTLE

# CERTIFICATE OF SERVICE

      I, SARAH L. GUTIERREZ, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on July 31, 2025.

**PLAINTIFFS-APPELLEES' NOTICE OF NON-OPPOSITION TO IMMIGRATION REFORM LAW INSTITUTE'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

      I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      Executed July 31, 2025, at San Francisco, California.


                                        */s/ Sarah L. Gutierrez*
                                        SARAH L. GUTIERREZ