```
                                                                FILED
         UNITED STATES COURT OF APPEALS
                                                               SEP 22 2025
              FOR THE NINTH CIRCUIT
                                                             MOLLY C. DWYER, CLERK
                                                              U.S. COURT OF APPEALS
```

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; et al., | No. 25-3889 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-01350-WHO Northern District of California, San Francisco |
| CENTRAL AMERICAN RESOURCE CENTER; et al., | ORDER |
| Intervenor-Plaintiffs - Appellees, | |
| v. | |
| DONALD J. TRUMP, President of the United States; et al., | |
| Defendants - Appellants. | |

The reply brief submitted by Appellants is filed.

Appellants must file 6 copies of the brief in paper format securely bound on the left side with gray front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be addressed to the Clerk's principal office and mailed or transmitted to a delivery service within 7 days of this order. The delivery address is 95 Seventh Street, San Francisco, CA 94103. The U.S. Mail address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT