

**U.S. Department of Justice**

Civil Division, Appellate Staff

950 Pennsylvania Ave. NW, Rm. 7215
Washington, DC 20530

Tel: (202) 514-1838

December 9, 2025

VIA ACMS

Molly Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

> Re: *City & County of San Francisco v. Trump*, No. 25-3889 (9th Cir.)
> Oral Argument Held December 5, 2025

Dear Ms. Dwyer:

At oral argument, members of the panel asked counsel for the federal government about litigation pending against the Department of Housing and Urban Development (HUD) regarding immigration conditions on grants. Counsel did not recall the details of that litigation at the podium, and we therefore provide further information for the Court's reference.

In *King County v. Turner*, 785 F. Supp. 3d 863, 893 (W.D. Wash. 2025), a district court in Washington State issued a preliminary injunction prohibiting HUD from imposing a number of conditions, including some immigration-related conditions, on Continuum of Care grants awarded to the plaintiffs in that case. The government has appealed that decision. *See King County v. Turner*, No. 25-3664 (9th Cir.). That appeal is fully briefed and oral argument is scheduled for February 9, 2026.

In *City of Fresno v. Turner*, No. 25-cv-7070, 2025 WL 2721390, at *20 (N.D. Cal. Sept. 23, 2025), a district court in California issued a preliminary injunction prohibiting HUD from implementing a set of conditions, including immigration-related conditions, on any grants awarded to the plaintiffs in that case.

The government has appealed that decision, and the government has moved to hold its appeal in abeyance pending the resolution of *King County*. *See City of Fresno v. Turner*, No. 25-7378 (9th Cir.).

In *Housing Authority of the City & County of San Diego v. Turner*, No. 25-cv-8859, 2025 WL 3187761 (N.D. Cal. Nov. 14, 2025), a district court in California issued a preliminary injunction against a number of grant conditions, including immigration-related conditions, although Continuum of Care grants were not at issue in that case, *see id.* at *12. The government's time to appeal that order has not yet run.

In short, as discussed at argument and as these examples illustrate, there are a number of cases challenging HUD's authority to impose grant conditions related to immigration, which are being litigated based on an assessment of HUD's statutory authority.

Sincerely,

s/ *Daniel Tenny*
Daniel Tenny

cc:     All parties (via ACMS)